IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CR. NO. B-21-321 |
| SANTOS DE LEON-CARDENAS | § | |

## NOTICE OF APPEAL

On this the 9th day of September, 2021, notice is hereby given that **SANTOS DE LEON-CARDENAS**, defendant named above, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence imposed on September 9, 2021.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No. 14003750
Southern District of Texas No. 3233

By:  /s/ Arturo Vasquez
ARTURO VASQUEZ
Assistant Federal Public Defender
Attorney in Charge
Texas State Bar No. 24028187
Southern District of Texas No. 38909
600 E. Harrison Street, #102
Brownsville, Texas 78520
Telephone: (956) 548-2573
Fax: (956) 548-2674

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, a copy of the foregoing **Notice of Appeal** of the defendant **SANTOS DE LEON-CARDENAS** was served by Notification of Electronic Filing.

/s/ Arturo Vasquez
ARTURO VASQUEZ
Assistant Federal Public Defender